IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18 CR 669 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION** |
| | ) | **TO CONTINUE SENTENCING** |
| HOPE LYNCH | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |

Now comes Defendant, by and through undersigned counsel, and hereby moves the court for an order granting Defendant's motion to continue the sentencing hearing.

Undersigned counsel is currently engaged in trial in a capital murder case in *State of Ohio v. Thomas Knuff*, Case No. 618285 in the Cuyahoga County Court of Common Pleas. The trial commenced on April 29, 2019 and is expected to last through June 21, 2019. The trial court takes very limited breaks during the day and counsel is not permitted to leave the building to attend other hearings. The sentencing hearing in this matter is scheduled for June 5, 2019 and is in conflict with undersigned counsel's schedule.

Wherefore, due to undersigned counsel's unavailability, Defendant respectfully requests and order granting the continuance of the sentencing hearing.

Respectfully Submitted,

 /s/Craig T. Weintraub
Craig T. Weintraub (0040095)
55 Public Square, Suite 1600
Cleveland, OH 44113

1

                Tel: 216-896-9090
                Fax: 216-456-2310
                Email: cweintraub@hotmail.com
                Attorney for Defendant

### **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                Respectfully Submitted,

                *s/Craig T. Weintraub*
                CRAIG T. WEINTRAUB
                Attorney for Defendant